# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. RAFAEL CANALES                                      Docket No. 3:03CR00136(AWT)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Jennifer Amato, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Rafael Canales who was sentenced to 24 months' imprisonment for a violation of Passing and Attempting to Pass Counterfeit Obligation of the United States, in violation of 18 U.S.C.§ 472 by the Honorable Alvin W. Thompson, U.S. District Judge sitting in the court in Hartford, Connecticut on March 7, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed the special conditions and terms as follows: 1) The defendant shall participate in a mental health treatment program, either inpatient or outpatient, and the details as to the selection and schedule of the program shall be approved by the U.S. Probation Office; the defendant shall pay all of or a portion of the costs associated with treatment based on his ability to pay as approved by the U.S. Probation Office; 2) The defendant shall participate in a substance abuse treatment program, which may be either inpatient or outpatient, and may include random testing, and the details as to the selection and schedule of the program shall be approved by the U.S. Probation Office; the defendant shall pay all or a portion of the costs associated with treatment, based on his ability to pay as approved by the U.S. Probation Office; and 3) The defendant shall complete 100 hours of community service at the rate of 50 hours per year during the first two years of supervised release.

Rafael Canales began supervision on July 15, 2005 and is scheduled to expire on July 14, 2008.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On September 4, 2007, the defendant appeared before the Court for a non-compliance hearing for failure to complete 100 hours of community service within the first two years of supervised release. As a result of the hearing, the Court found that the purpose for imposing community service at the time of sentencing was no longer necessary due to the growth the defendant has made through intensive supervision.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

The defendant is not required to complete community service hours as a condition of supervised release.

On September 4, 2007, AUSA Lisa Perkins and defense counsel, Frank O'Reilly, stated in open court that there were no objections to the modification of the conditions of supervised release.

**ORDER OF COURT**

Considered and ordered this  11th  day of September, 2007 and ordered filed and made a part of the records in the above case.

The H............ Thompson
United States District Judge

Respectfully Submitted,
Jennifer Amato
Senior United States Probation Officer

Place: Hartford, Connecticut
Date: 9/10/07